UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| ANGELIQUE KIDD, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 4:15-cv-01801-CEJ |
| EDDIE BOYD, III | ) | |
| and | ) | |
| CITY OF FERGUSON, MISSOURI, | ) | |
| Defendants. | ) | |

## MOTION FOR DISMISSAL

NOW COME the Plaintiff Angelique Kidd through her counsel, and moves to dismiss her the above captioned case, with prejudice, and in support thereof states:

1. The parties have settled their dispute under mutually agreeable terms.

2. The parties, through their settlement agreement, have agreed to this dismissal, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party is to bear his own costs.

Respectfully Submitted,

**ARCHCITY DEFENDERS**
*/s/ Edward Hall*
Edward Hall (IA0012692)
Blake Strode (MO68422)
1210 Locust St., 2nd Floor
St. Louis, MO 63103
ehall@archcitydefender.org
bstrode@archcitydefenders.org

## CERTIFICATE OF SERVICE

The Notice of Electronic Filing indicates that all necessary parties were served with this document via the Court's CM/ECF system.

<u>/s/ Edward Hall</u>